UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| FREDRICK WAYNE HARRIS<br>LA. DOC #494299<br>VS. | CIVIL ACTION NO. 16-CV-00565<br><br>SECTION P<br><br>JUDGE ELIZABETH F. FOOTE |
| MAURICE HICKS | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** as MOOT.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 29th day of August, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE